# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                              Chapter 13

                                              Bankruptcy No. 16-17020-MDC

CHARLES MENIGE CAPRA

1221 Durfor St.

Philadelphia, PA 19148

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CHARLES MENIGE CAPRA

1221 Durfor St.

Philadelphia, PA 19148

Counsel for debtor(s), by electronic notice only.

    SEAN P. MAYS
    THE MAYS LAW FIRM PC
    65 W. STREET ROAD  STE B102
    WARMINSTER, PA 18974-

/S/ William C. Miller

Date: 12/8/2016

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee