# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-17020-MDC

CHARLES MENIGE CAPRA

1221 Durfor St.

Philadelphia, PA 19148

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    CHARLES MENIGE CAPRA

    1221 Durfor St.

    Philadelphia, PA 19148

**Counsel for debtor(s), by electronic notice only.**
    SEAN P. MAYS
    THE MAYS LAW FIRM PC
    65 W. STREET ROAD  STE B102
    WARMINSTER, PA 18974-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                            /s/ William C. Miller

Date: 12/22/2016

                            _____
                            William C. Miller, Esquire
                            Chapter 13 Standing Trustee