UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES MENIGE CAPRA                           Chapter 13

Debtor                    Bankruptcy No. 16-17020-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _26th_ day of _January_, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
SEAN P. MAYS
THE MAYS LAW FIRM PC
65 W. STREET ROAD  STE B102
WARMINSTER, PA 18974-

Debtor:
CHARLES MENIGE CAPRA

1221 Durfor St.

Philadelphia, PA 19148