United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17020-mdc
Charles Menige Capra                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 2          Date Rcvd: Jan 26, 2017
                              Form ID: pdf900          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2017.
```
db             +Charles Menige Capra,   1221 Durfor St.,   Philadelphia, PA 19148-3513
cr             +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, tx 76096-3853
13808066      ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
                 (address filed with court: AmeriCredit Financial Services, Inc.,   P O Box 183853,
                 Arlington, TX 76096)
13802664      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bankamerica,   Po Box 982238,   El Paso, TX 79998)
13802666      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One Bank Usa N,   15000 Capital One Dr,
                 Richmond, VA 23238)
13802665       +Caine Weiner,   Po Box 5010,   Woodland Hills, CA 91365-5010
13812389        Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
13802669       +Fia Cs,   Po Box 982238,   El Paso, TX 79998-2238
13802670       +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13802671       +Gm Financial,   Po Box 181145,   Arlington, TX 76096-1145
13802672       #Jill Sadowski,   1090 Willow Grove Dr.,   Newport News, VA 23602-7160
13802673       +Rshk/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
13802674       +The Mays Law Firm PC,   65 W. Street Rd., Suite B102,   Warminster, PA 18974-3216
13802675       +Trident Asset Manageme,   53 Perimeter Ctr E Ste 4,   Atlanta, GA 30346-2287
13806183       +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
                 Washington, DC 20410-0002
13832867        WELLS FARGO BANK, N.A.,   DEFAULT DOCUMENT PROCESSING,   MAC# N9286-01Y,
                 1000 BLUE GENTIAN ROAD,   EAGAN, MN, 55121-7700
13802676        Wells Fargo Hm Mortgag,   7255 Baymeadows Way,   Des Moines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jan 27 2017 01:22:24    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 27 2017 01:22:22    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13802663       +E-mail/Text: EBNProcessing@afni.com Jan 27 2017 01:22:15    Afni, Inc.,   Po Box 3097,
                 Bloomington, IL 61702-3097
13802667       +E-mail/Text: bankruptcynotices@dcicollect.com Jan 27 2017 01:22:29    Diversified,
                 P O Box 551268,   Jacksonville, FL 32255-1268
13802668       +E-mail/Text: bknotice@erccollections.com Jan 27 2017 01:22:14    Enhanced Recovery Co L,
                 8014 Bayberry Rd,   Jacksonville, FL 32256-7412
13804922        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 27 2017 01:22:01
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
13855940       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 27 2017 01:22:17    Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
                                                                                             TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
13816409*     ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
                 (address filed with court: Americredit Financial Services dba GM Financial,   PO Box 183853,
                 Arlington TX 76096)
                                                                                        TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: JeanetteG              Page 2 of 2                  Date Rcvd: Jan 26, 2017
                              Form ID: pdf900              Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor   Queens Park Oval Asset Holding Trust
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          CHRISOVALANTE FLIAKOS    on behalf of Creditor   Wells Fargo Bank, NA paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor   Wells Fargo Bank, NA paeb@fedphe.com
          SEAN P. MAYS    on behalf of Debtor Charles Menige Capra sean@maysfirm.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                     TOTAL: 6
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CHARLES MENIGE CAPRA                    Chapter 13

                    Debtor            Bankruptcy No. 16-17020-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

AND NOW, this ___26th___ day of ___January___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
SEAN P. MAYS
THE MAYS LAW FIRM PC
65 W. STREET ROAD STE B102
WARMINSTER, PA 18974-


Debtor:
CHARLES MENIGE CAPRA

1221 Durfor St.

Philadelphia, PA 19148